UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Roderick L. Hymon,

            Plaintiff

v.

Nicole Sittre,

            Defendant

Case No. 2:23-cv-02101-CDS-BNW

**Order Extending Deadlines**

After screening plaintiff Roderick Hymon's complaint and application to proceed in forma pauperis, Magistrate Judge Brenda Weksler issued an order and report and recommendation (R&R). Order, ECF No. 3. Any objections to her findings were due by March 19, 2024. *Id.* On March 23, 2024, the order was returned by the U.S. Postal Service as "attempted—not known, unable to forward." ECF No. 6. The Clerk of Court is kindly instructed to redistribute a copy of Judge Weksler's order (ECF No. 3) to Hymon pursuant to the NEF.[1]

Accordingly, the deadline for Hymon to file any objections is extended to May 6, 2024. Failure to file an objection will result in me adopting the R&R without a de novo review. *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003) ("[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."). Alternatively, Hymon may file an amended complaint to cure the deficiencies identified in Judge Weksler's order. If Hymon chooses to file an amended complaint, he must do so no later than **May 13, 2024**.

Dated: April 22, 2024

                                                                         _____
                                                                         Cristina D. Silva
                                                                         United States District Judge

---

[1] The Clark County Detention Center inmate search reveals that Hymon has returned to custody. https://redrock.clarkcountynv.gov/ccdcincustody/inCustodySearch.aspx (last visited April 19, 2024).